# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOSE LOPEZ-VERDUGO,

          Defendant.

2:18-cr-00391-KJD-VCF

**ORDER**

       Before the court is Jose Lopez-Verdugo's Petition for Writ of Habeas Corpus Ad Prosequendum or, in the Alternative, Petition for Writ of Habeas Corpus Ad Testificandum (ECF No. 18).

       Accordingly,

       IT IS HEREBY ORDERED that a hearing on Lopez-Verdugo's Petition for Writ of *Habeas Corpus Ad Prosequendum* or, in the Alternative, Petition for Writ of *Habeas Corpus Ad Testificandum* (ECF No. 18) is scheduled for 11:00 AM, January 11, 2019, in Courtroom 3D.

       The U.S. Marshal is directed to transport Defendant to and from the hearing.

       A representative from the U.S. Marshal's office is directed to attend the hearing.

DATED this 7th day of January, 2019.

 

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE